# United States Court of Appeals
# for the Fifth Circuit

No. 22-51088
CONSOLIDATED WITH
No. 22-51089
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
July 31, 2023

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

MARCOS RIOS-MENDEZ,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC Nos. 4:22-CR-435-1,
4:18-CR-531-6

_____

Before JONES, HAYNES, and OLDHAM, *Circuit Judges*.

PER CURIAM:[*]

Marcos Rios-Mendez appeals his conviction and sentence for illegal entry into the United States after deportation under 8 U.S.C. § 1326(a) and (b)(2). For the first time on appeal, he argues that the recidivism

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

enhancement in § 1326(b) is unconstitutional because it permits a sentence above the otherwise-applicable statutory maximum established by § 1326(a), based on facts that are neither alleged in the indictment nor found by a jury beyond a reasonable doubt.  While Rios-Mendez acknowledges this argument is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998), he nevertheless seeks to preserve it for possible Supreme Court review.  In addition, Rios-Mendez has filed an unopposed motion for summary disposition.

This court has held that subsequent Supreme Court decisions such as *Alleyne v. United States*, 570 U.S. 99 (2013), and *Apprendi v. New Jersey*, 530 U.S. 466 (2000), did not overrule *Almendarez-Torres*.  *See United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019).  Thus, Rios-Mendez is correct that his argument is foreclosed, and summary disposition is appropriate.  *See Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969).

As Rios-Mendez raises no issue with respect to the revocation of his supervised release, he has abandoned any challenge to the revocation or revocation sentence.  *See Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993).

Rios-Mendez's motion is GRANTED, and the district court's judgment is AFFIRMED.